UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:17-cr-44-FtM-38MRM

CHRISTINE BRYAN JONES
_____

**ORDER OF FORFEITURE**

The defendant pleaded guilty to Count One of the Indictment which charges her with theft of government money, in violation of 18 U.S.C. § 641, and the United States has established that the defendant obtained $10,262.00 in proceeds as a result of the offense.

The United States moves under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, to forfeit the $10,262.00 in proceeds the defendant obtained as a result of the theft of government money. The motion is GRANTED. The United States is entitled to forfeit the $10,262.00 in proceeds which the defendant obtained as a result of the theft of government money.

Because the $10,262.00 in proceeds was dissipated by the defendant, the United States may seek, as a substitute asset, pursuant to 21 U.S.C. § 853(p), forfeiture of any of the defendant's property up to the value of $10,262.00. Jurisdiction is retained to enter any order necessary for the forfeiture and disposition of any substitute asset and to address any third-party claim.

DONE and ORDERED in Fort Myers, Florida, this 6th day of November, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record